

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2021

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

We grant appellant's motion for extension of time to file his reply brief, which was originally due June 15. We order appellant's reply brief due July 9, 2021.

It is so **ORDERED** on June 25, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court